**Order filed May 22, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00607-CR

_____

**LEROY STOOTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1517329**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 56; State's Exhibit 60; State's Exhibit 92; State's Exhibit 93; State's Exhibit 94; and State's Exhibit 96.

The clerk of the 248th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 56; State's Exhibit 60; State's Exhibit 92; State's Exhibit 93; State's Exhibit 94; and State's Exhibit 96, on or before May 30, 2019. The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 56; State's Exhibit 60; State's Exhibit 92; State's Exhibit 93; State's Exhibit 94; and State's Exhibit 96, to the clerk of the 248th District Court.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.